UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61681-CIV-SINGHAL

VICKI WATERS, as Personal Representative
of the Estate of Brittni A. Muldrew, Deceased, *et al.*,

    Plaintiffs,
v.

CITY OF COCONUT CREEK, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. Plaintiffs' Second Amended Complaint (DE [49]) contains numerous references to dash cam videos. In Plaintiffs' Response to [the Individual Defendants'] Motion to Dismiss (DE [74]), Plaintiffs report that the videos were "served by federal express on the Court for delivery on March 22." Review of the docket, however, shows that no videos were conventionally filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs shall conventionally file with the Clerk of Court complete copies of the videos referenced in the Second Amended Complaint (DE [49]) no later than **August 5, 2024**. The videos shall be on a flash drive and must be accompanied by a Notice of Conventional Filing. *See*, Form A, CM/ECF NextGen Administrative Procedures (S.D. Fla. Dec. 1, 2023).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of July 2024.

                                                              RAAG SINGHAL
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF